UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

    Joseph McCants,                        Case No. 11-47815
                                                 Chapter 7
           Debtor(s)                        Hon. Walter Shapero
_____/

## SPECIAL NOTICE OF APPEARANCE OF COUNSEL

To:    Clerk of the Court

        Office of the U.S. Trustee
        211 W. Fort Street, Suite 700
        Detroit, Michigan 48226

Please enter the Appearance of Fadi Toma (P63746) as counsel for Joseph McCants,

8591 Lagoon, Ypsilanti, MI 48197.  Please add as counsel for the above Case.


                                          Respectfully submitted,

                                          Law Offices of Amer S. Hakim & Associates, P.C.

        By:    /s/ Amer S. Hakim
                  Amer S. Hakim (P65377)
                  Attorney for Debtor
                  30500 Van Dyke, Ste 306
                  Warren, Michigan 48093
                  (586)558-8250 Fax (586)558-8251
                  bk@hakimlaw.com

Dated:  March 31, 2011